UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TIMOTHY MORRISON,

        Plaintiff,

-vs-                              Case No.  2:10-cv-393-FtM-29SPC

COMCAST OF
ARKANSAS/FLORIDA/LOUISIANA/MINNESOTA
/MISSISSIPPI/TENNESSEE, INC.,

        Defendant.
_____/

## ORDER

This matter comes before the Court on the Plaintiff, Timothy Morrison's Amended Motion for an Order Compelling Discovery (Doc. #20) filed on March 2, 2011. The Plaintiff moves the Court to compel the Defendant to provide better responses to his request for production.

Under the Local Rules:

> [a] motion to compel discovery pursuant to Rule 36 or Rule 37, Fed. R. Civ. P., shall include quotation in full of each interrogatory, question on deposition, request for production to which the motion is addressed; each of which shall be followed immediately by quotation in full of the objection and grounds therefor as stated by the opposing party; or the answer or response which is asserted to be insufficient, immediately followed by a statement of the reason the motion should be granted.

M.D. Fla. Local Rule 3.04(a). Here, the Plaintiff's Motion does not quote each of the requests for production, or the Defendant's answers and/or objections, nor the Plaintiff's argument as to why each request or interrogatory should be answered. Instead, the Plaintiff merely states what each numbered request seeks and why the documentation should be produced. No legal arguments are

made. While the Plaintiff does attach the requests for production and the Defendant's response to the production in an attachment to the Motion, that is not the proper form to be used in this Court. Only the requests for production that are to be compelled should be included in the motion and the motion must be in the proper form as described in detail in the Local Rules. The Plaintiffs' failure to comply with the Local Rules in this matter is fatal to his request and the Motion is due to be denied.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Timothy Morrison's Amended Motion for an Order Compelling Discovery (Doc. #20) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___8th___ day of March, 2011.

_____
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record